DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ELEANOR H. BASS,**
Appellant,

v.

**YELLOW BOOK SALES & DISTRIBUTION COMPANY, INC.,**
Appellee.

No. 4D16-2285

[October 12, 2017]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Michael L. Gates, Judge; L.T. Case No. 10-5713.

Yanina Zilberman, Geoffrey E. Sherman, Jacquelyn Trask and Roy D. Oppenheim of Oppenheim Pilelsky, P.A., Weston, for appellant.

Patrick L. Kenney and John M. Mattox II of Shook, Hardy & Bacon L.L.P., Kansas City, Missouri, and Stacey S. Fisher of Sprechman & Fisher, P.A., Miami, for appellee.

PER CURIAM.

*Affirmed.*

GERBER, C.J., MAY and LEVINE, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***